Michael J. Gomez, (State Bar No. 251571)
  mgomez@frandzel.com
Marshall J, August (State Bar No. 105361)
  maugust@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff
FARM CREDIT SERVICES OF AMERICA, PCA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; TRANQUILITY PISTACHIO, LLC, a limited liability company; NOEL CHRISTOPHER KNIGHT, an individual; SEAN HODGES, an individual; JADALLAH FARMS, INC., a California corporation; CHARLES JADALLAH, an individual; NORMA SAMRA, an individual; and FERNANDO HERNANDEZ, an individual,<br><br>Defendants. | Case No. 2:20−CV−01142−TLN−DB<br><br>**STIPULATION RE: ACCEPTANCE OF SERVICE OF TEMPORARY RESTRAINING ORDER; ORDER** |

This Stipulation is entered into by and between Plaintiff, FARM CREDIT SERVICES OF AMERICA, PCA ("Plaintiff") through its attorneys of record FRANDZEL ROBINS BLOOM & CSATO, L.C. and Defendants STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust and TRANQUILITY PISTACHIO, LLC, a limited liability company (collectively

"Defendants") through its attorneys of record, Hughey Phillips LLC with respect to the following facts;

1. WHEREAS on June 10, 2020 Plaintiff filed its Ex Parte Application For Writ of Possession or, in The Alternative, Temporary Restraining Order Against the Defendants (the "Application");

2. WHEREAS the Application was not served on Defendants at the time it was filed;

3. WHEREAS on June 23, 2020, the Court issued a Temporary Restraining Order ("Order") with respect to the Personal Property that was the subject of the Application, a true and correct copy of the Order is attached hereto as Exhibit 1;

4. WHEREAS, the Order provides, among other things, that if the Defendants seek to oppose the issuance of the Writ of Possession that is the subject of the Application, they shall file any opposition to the Application within ten (10) days of the electronic filing of the Order;

5. WHEREAS, Defendants appeared in this case on August 21, 2020 by filing their Joint Answer to Amended Complaint and Cross-Claim against Jadallah Farms, Inc. and Charles Jadallah [Docket No. 30]; and

6. WHEREAS, Defendants, and each of them, hereby acknowledge personal service of the Order.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants agree to be bound by said Order, but shall not be prohibited from using the Personal Property that was the subject of the Application provided that such use is in compliance with the Order; and

2. Defendants' opposition to the issuance of the Writ of Possession that is the subject of the Application shall be filed no later than August 31, 2020.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

2  DATED: September 2, 2020          FRANDZEL ROBINS BLOOM & CSATO, L.C.
3                                    MICHAEL J. GOMEZ
                                     MARSHALL J. AUGUST
4

5
                                     By:       /s/
6                                        MARSHALL J. AUGUST
                                         Attorneys for Plaintiff
7                                        FARM CREDIT SERVICES OF AMERICA,
                                         PCA
8

9  DATED: September 1, 2020          HUGHEY PHILLIPS LLC
10

11

12                                   By:       /s/
                                         GALEN M. GENTRY
13                                       Attorneys for Defendants STEVEN
                                         SINGH SAMRA, individually and as
14                                       trustee of The Steven Singh Samra
                                         Revocable Trust and Tranquility Pistachio,
15                                       LLC, a limited liability company
16

17

18

19                    **SIGNATURES CONTINUE ON THE FOLLOWING PAGE**
20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 2 | DATED: August 29, 2020 | TRANQUILITY PISTACCHIO, LLC |
| | | By: ____/s/_____ |
| | | STEVEN S. SAMRA, its Manager |
| 7 | DATED: August 29, 2020 | STEVEN S. SAMRA, individually and as trustee of the STEVEN S. SAMRA REVOCABLE TRUST |
| | | By: ____/s/_____ |
| | | STEVEN S. SAMRA |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1  ORDER

3  IT IS SO ORDERED:

4  Dated: September 3, 2020

Troy L. Nunley
United States District Judge