UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; and TRANQUILITY PISTACHIO, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:20-CV-01142-TLN-DB<br><br>**PRIVATE PLACE ORDER IN CONNECTION WITH ISSUANCE OF WRIT OF POSSESSION** |

Upon *ex parte* application duly made by Plaintiff FARM CREDIT SERVICES OF AMERICA, PCA ("Plaintiff"), for the issuance of a private place order directed to Defendants, STEVEN SINGH SAMRA, individually and as trustee of THE STEVERN SINGH SAMRA REVOCABLE TRUST, and TRANQUILITY PISTACHIO, LLC ("Defendants"), in connection with a Writ of Possession (Claim and Delivery), and good cause having been shown therefore:

IT IS ORDERED that a United States Marshal, in executing the Writ of Possession (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the Writ is located — to-wit: 11446 Stone Lake

Road, Elk Grove, California 95757, to carry out the levy of said Writ in the event the above premises are padlocked or otherwise closed.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge