UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; and TRANQUILITY PISTACHIO, LLC, a limited liability company,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01142-TLN-DB<br><br>**TURNOVER ORDER IN CONNECTION WITH ISSUANCE OF WRIT OF POSSESSION** |

Upon *ex parte* application duly made by Plaintiff FARM CREDIT SERVICES OF AMERICA, PCA ("Plaintiff"), for the issuance of a turnover order directed to Defendants, STEVEN SINGH SAMRA, individually and as trustee of THE STEVERN SINGH SAMRA REVOCABLE TRUST, and TRANQUILITY PISTACHIO, LLC ("Defendants"), in connection with a Writ of Possession (Claim and Delivery), and good cause having been shown therefore:

IT IS HEREBY ORDERED that Defendants STEVEN SINGH SAMRA, individually and as trustee of THE STEVERN SINGH SAMRA REVOCABLE TRUST, and TRANQUILITY PISTACHIO, LLC, immediately upon entry/levy of this Order, deliver the following property to the Plaintiff via the United States Marshal:

| Collateral Description | Serial Number |
|---|---|
| 2012 COE C-7 Tree Shaker | T04039D573087 |
| 2012 COE C-7 Tree Shaker | T04039D548601 |
| 2018 Weldcraft BD40 Bin Dumper | BD-40-18 |
| Weldcraft BD41 Bin Dumper | BD-41-18 |
| Weldcraft BD42 Bin Dumper | BD-42-18 |
| 2018 Ram 2500 pickup truck | 3C6UR5NL8JG322820 |
| Caterpillar D7F-93N Bulldozer | 8A438 |
| Caterpillar D6D-SA Bulldozer | 5X3871986 |
| 2010 Wilcox PRF 3-60 Performer HD Bedder | 7016 |
| 2007 Wilcox PRF 3-60 HD Performer Bedder | 0091 |

**NOTICE: FAILURE TO TURN OVER POSSESSION OF THE ITEMS LISTED ABOVE MAY SUBJECT YOU TO BEING HELD IN CONTEMPT OF COURT.**

IT IS SO ORDERED.

DATED: October 6, 2020

_____
Troy L. Nunley
United States District Judge