UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>         Plaintiff,<br><br>v.<br><br>STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; and TRANQUILITY PISTACHIO, LLC, a limited liability company,<br><br>         Defendants. | Case No. 2:20-CV-01142-TLN-DB<br><br>***EX PARTE* ORDER FOR WRIT OF POSSESSION** |

**AFTER HEARING**

1. ☐ The application of the plaintiff* for a writ of possession was heard as follows (check boxes in 1c and 1d to indicate personal presence at the hearing):

    a. Judicial Officer (name):

    b. Hearing date:           Time:           ☐ Dept.:

        ☐ Rm.:

    c. ☐ Plaintiff (name):

        ☐ Attorney (name):

    d. ☐ Defendant (name):

☐   Attorney (name):

**EX PARTE**

2.   ☒   The application of the plaintiff for an ex parte writ of possession has been considered by the court.

3.   The court finds:

a.   ☐   Defendant has been properly served as required by Code of Civil Procedure section 512.030. (Do not check this item if the application is ex parte.)

b.   Plaintiff   ☐   has   ☐   has not filed an undertaking as required by Code of Civil Procedure section 515.010. **(Plaintiff is not required to file an undertaking.)**

c.   Plaintiff has established the probable validity of the plaintiff's claim to possession of the following property (specify):

| Collateral Description | Serial Number |
|---|---|
| 2012 COE C-7 Tree Shaker | T04039D573087 |
| 2012 COE C-7 Tree Shaker | T04039D548601 |
| 2018 Weldcraft BD40 Bin Dumper | BD-40-18 |
| Weldcraft BD41 Bin Dumper | BD-41-18 |
| Weldcraft BD42 Bin Dumper | BD-42-18 |
| 2018 Ram 2500 pickup truck | 3C6UR5NL8JG322820 |
| Caterpillar D7F-93N Bulldozer | 8A438 |
| Caterpillar D6D-SA Bulldozer | 5X3871986 |
| 2010 Wilcox PRF 3-60 Performer HD Bedder | 7016 |
| 2007 Wilcox PRF 3-60 HD Performer Bedder | 0091 |

☐   Continued on Attachment 3c.

PRIVATE PLACE ORDER IN CONNECTION WITH ISSUANCE OF WRIT OF POSSESSION

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

  d.   ☒   There is probable cause to believe this property or some part of it is located at one or more of the following private places (specify):

  11446 Stone Lake Road, Elk Grove, California 95757.

    ☐   Continued on Attachment 3d.

*"Plaintiff" includes cross-complainant, and "defendant" includes cross-defendant.

## ADDITIONAL FINDINGS FOR EX PARTE ISSUANCE OF WRIT OF POSSESSION

  4.   ☒   The court also finds:

  a.   ☐   Defendant gained possession of the property described in item 3c, which was not entrusted to the defendant, by feloniously taking such property from the plaintiff by means other than by false or fraudulent representation, pretense, or embezzlement.

  b.   ☐   The property is a credit card.

  c.   ☒   Defendant acquired possession of this property in the ordinary course of the defendant's trade or business for commercial purposes, and (1) the property is not necessary for the support of the defendant or the defendant's family; (2) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to take care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession is necessary to protect the property.

  d.   Total number of boxes checked in item 4:

## ORDERS

  5.   **IT IS ORDERED**

  a.   The clerk of this court is directed to issue a writ of possession as provided in Cal. Code of Civil Procedure section 512.020, directing the sheriff or marshal within whose jurisdiction the property described in item 3c, or some part of it, is located, to seize such property

1  and retain custody of it as provided in Code of Civil Procedure sections 514.010-514.050.

2    b.  ☒  The clerk is directed to issue the writ of possession immediately.

3    c.  ☐  The clerk is directed to issue the writ of possession upon the plaintiff's

4  filling of a written undertaking, as required by

5  Code of Civil Procedure section 515.010, in the amount of: $   (Plaintiff is not required to

6  file an undertaking)

7    d.  The written undertaking required by the defendant for redelivery or to stay delivery

8  is in the amount of: $ _____.

9    e.  The clerk of this court is directed to attach a copy of this order and a copy of the

10 plaintiff's undertaking to the writ of possession.

11   f.  The sheriff or marshal may enter the following private place(s) to take possession

12 of the property or some part of it:

14 11446 Stone Lake Road, Elk Grove, California 95757

16   ☐  Continued on Attachment 5f.

17   g.  ☒  Defendant (name): STEVEN SINGH SAMRA, individually and as trustee of

18 THE STEVERN SINGH SAMRA REVOCABLE TRUST, and TRANQUILITY PISTACHIO,

19 LLC, are ordered to transfer possession of the property described in item 3c to the plaintiff. (Cal.

20 Code Civ. P, § 512.070.)

21 NOTICE TO DEFENDANT: Failure to comply with an order of the court to turn over

22 possession of such property to the plaintiff may subject you to being held in contempt of court.

23   6.  Number of pages attached: 0

24 IT IS SO ORDERED.

26  DATED: October 6, 2020

_____
Troy L. Nunley
United States District Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000