Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
ggentry@hugheyphillipsllp.com

Attorneys for Defendants Tranquility Pistachio, LLC, Noel Christopher Knight, Steven Singh Samra and Norma Samra

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; TRANQUILITY PISTACHIO, LLC, a limited liability company; NOEL CHRISTOPHER KNIGHT, an individual; SEAN HODGES, an individual; JADALLAH FARMS, INC., a California corporation; CHARLES JADALLAH, an individual; and NORMA SAMRA, an individual,<br><br>Defendants. | Case No. 2:20-cv-01142-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

The Court has considered the stipulation of Plaintiff FARM CREDIT SERVICES OF AMERICA, PCA ("Plaintiff") and Defendants STEVEN SINGH SAMRA, individually and as trustee of The Steven Singh Samra Revocable Trust; TRANQUILITY PISTACHIO, LLC; NOEL CHRISTOPHER KNIGHT; SEAN HODGES; JADALLAH FARMS, INC.; CHARLES JADALLAH; and NORMA SAMRA (collectively "Defendants," and together with Plaintiff, the "Parties"). Upon a showing of good cause, IT IS HEREBY ORDERED as follows:

///

1)     Plaintiff shall file its Third Amended Complaint no later than **December 2, 2020**;

2)     The time within which Defendants Tranquility Pistachio, LLC, Noel Christopher Knight, Steven Singh Samra and Norma Samra shall respond to the Second Amended Complaint is extended until the time Plaintiff files its Third Amended Complaint;

3)     Plaintiff shall not request entries of default against Defendants Tranquility Pistachio, LLC, Noel Christopher Knight, Steven Singh Samra and Norma Samra for their failure to respond to the Second Amended Complaint during the time Plaintiff prepares and files its Third Amended Complaint;

4)     Fernando Hernandez was served with the Second Amended Complaint and Fernando Hernandez has not responded to that complaint. As a result, his default has been taken. Since the Third Amended Complaint adds new allegations with respect to Fernando Hernandez, the default is set aside and Plaintiff shall serve Fernando Hernandez with the Third Amended Complaint.; and

5)     Defendants Sean Hodges, Jadallah Farms, Inc. and Charles Jadallah are not required to file any answer or other responsive pleading to the Third Amended Complaint. Their Answers to the Second Amended Complaint shall be treated as their Answers to the Third Amended Complaint.

Dated: November 17, 2020

_____
Troy L. Nunley
United States District Judge